## ACTION STAR ENTERPRISE CO. LTD., A Taiwanese Corporation, Plaintiff–Appellant

v.

## KAIJET TECHNOLOGY INTERNA-TIONAL LIMITED, A Georgia Corporation, Defendant–Appellee

Does, 1 to 10 Inclusive, Defendants.

No. 2014–1552.

United States Court of Appeals, Federal Circuit.

May 15, 2015.

John A. Dragseth, Fish & Richardson, P.C., Minneapolis, MN, argued for plaintiff-appellant. Also represented by Christopher Robert Dillon, Boston, MA.

Xavier M. Brandwajn, Alston & Bird LLP, East Palo Alto, CA, argued for defendant-appellee. Also represented by Yitai Hu, Ryan W. Koppelman.

NEWMAN, REYNA, and WALLACH, Circuit Judges.

PER CURIAM

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* **Fed. Cir. R. 36.**